# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| LULA WESTBROOK § | |
| § | |
| v. § | CIVIL ACTION NO. 3:24-CV-0901-S-BT |
| § | |
| LOUIS DEJOY, KEVIN FARMER, and § | |
| SCOTT HOOPER § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Plaintiff's case will be **DISMISSED**.

**SO ORDERED.**

SIGNED May 29, 2024.

_____
**UNITED STATES DISTRICT JUDGE**